Case 4:11-mj-00061-BJ    Document 1    Filed 03/09/11    Page 1 of 1    PageID 1

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennslyvania

NORTHERN DISTRICT OF TEXAS
**FILED**
MAR 9 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Joanne M. Seeley | ) | Case No. 1:11ycr-56-Judge-Rambo |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joanne M. Seeley,

who is accused of an offense or violation based on the following document filed with the court:

x Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1343 Wire Fraud

Date: February 23, 2011

City and state: Harrisburg, Pa 17108

Mary E. D'Andrea Clerk, USDC, MDPA
*Issuing officer's signature*

*[signature]*
Deputy Clerk Signature

### Return

This warrant was received on *(date)* 3/3/11, and the person was arrested on *(date)* 3/8/11
at *(city and state)* Tolar, TX.

Date: 3/9/11

*[signature]*
*Arresting officer's signature*

Special Agent Jonathan Schmidt
*Printed name and title*