# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DIVISION

| JUDGE: | JEFFREY L. CURETON | |
|---|---|---|
| DEPUTY CLERK: | JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | | USPO/PTSO: Jaime Espinosa |
| INTERPRETER: | | COURT TIME: 7 minutes |
| A.M. | P.M. 2:06-2:13 | DATE: MARCH 9, 2011 |

☒ MAG. NO. 4:11-MJ-061

| UNITED STATES OF AMERICA | § | JAY WEIMER, | AUSA |
|---|---|---|---|
| V. | § | | |
| JOANNE M. SEELEY | § | William Hermesmeyer | |
| DEFENDANT(S) NAME(S) AND NUMBER(S) | § | COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F) | |

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 3-8-11 ☐ SURRENDER _____ ☒ RULE 5/32 ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET _____ ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☒ BOND ☒ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☒ PR ☐ UNS ☐ 3RD PTY ☐ MW
☒ ORDER Requiring DEFENDANT TO ANS. & APPEAR IN PROSECUTING DISTRICT ENTERED, to appear 3-29-11 @ 9:00am
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☒ DEFT ADVISED OF CONDITIONS OF RELEASE.
☒ BOND EXECUTED ☒ DEFT ☐ MW (RELEASED) ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT/COMMITMENT TO ANOTHER DISTRICT ENTERED.
☒ WAIVER OF ☒ RULE 5/32 HEARING AS TO: ☒ IDENTITY ☐ PRELIMINARY HEARING ☐ PH OTHER DIST. ☐ PH THIS DISTRICT
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: **Copy of Indictment and Warrant received USDC Middle District of Pennsylvania; Case No. 1:11-CR-056**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 9 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy